| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court  for the: |
| Eastern _____ District of __Texas__ _____ |
| (State) |
| Case number (*if known*): _____ Chapter __7__ |

☐ Check if this is an
amended filing

**Official Form 205**

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

**Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

**Part 2:    Identify the Debtor**

**2. Debtor's name**

Valley View Ceramics LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

__4__ __7__ – __3__ __8__ __5__ __2__ __4__ __8__ __5__
EIN

**5. Debtor's address**

**Principal place of business**

2300 Interstate 35
Number      Street

W. Frontage Road, Suite 110

Denton                          TX      76207
City                              State    ZIP Code

Denton
County

**Mailing address, if different**

_____
Number      Street

_____
P.O. Box

_____
City              State    ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City              State    ZIP Code

Debtor      Valley View Ceramics LLC
_____      Case number (if known)_____
Name

---

**6.** **Debtor's website** (URL)      _____

---

**7.** **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

---

**8.** **Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

---

**9.** **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known _____
MM / DD / YYYY

Debtor _____   Relationship _____

District _____ Date filed _____   Case number, if known_____
MM / DD / YYYY

---

**Part 3:**      **Report About the Case**

---

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

Debtor  Valley View Ceramics LLC
_____
Name                                        Case number (if known)_____

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Benjamin Malloy | Unsecured note | $ 513,695.19 |
| Honor View Enterprise Co., Ltd. | Trade debt | $ 1,090,597.37 |
| Interglobo USA, Inc. | Trade debt | $ 280,942.85 |
| | Total of petitioners' claims | $ 1,885,235.41 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

| **Part 4:** | **Request for Relief** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**

Benjamin Malloy
_____
Name

5502 Windmier Circle
_____
Number    Street

Dallas _____ TX _____ 75252 _____
City                State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  07/28/2025
             _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

J. Zachary Balasko
_____
Printed name

Steptoe & Johnson PLLC
_____
Firm name, if any

1250 Edwin Miller Blvd., Suite 300
_____
Number    Street

Martinsburg _____ WV _____ 25404 _____
City                State        ZIP Code

Contact phone  304-262-3519    Email zak.balasko@steptoe-johnson.com

Bar number  24146828
_____

State  Texas
_____

✗ /s/ J. Zachary Balasko
_____
Signature of attorney

Date signed  07/28/2025
             _____
             MM / DD / YYYY

Debtor    Valley View Ceramics LLC
_____
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Honor View Enterprise Co., Ltd.
_____
Name

2 Floor, No. 110 Baoqing Road
_____
Number    Street

Taoyuan District, Taoyuan, Taiwan
_____
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kevin Deng, General Manager
_____
Name

2 Floor, No. 110 Baoqing Road
_____
Number    Street

Taoyuan District, Taoyuan, Taiwan
_____
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
                   MM  / DD / YYYY

✖ _____
Signature of petitioner or representative, including representative's title

---

J. Zachary Balasko
_____
Printed name

Steptoe & Johnson PLLC
_____
Firm name, if any

1250 Edwin Miller Blvd., Suite 300
_____
Number    Street

Martinsburg            WV        25404
_____
City                State      ZIP Code

Contact phone   304-262-3519   Email  zak.balasko@steptoe-johnson.com

Bar number   24146828
_____

State    Texas
_____

✖ /s/ J. Zachary Balasko
_____
Signature of attorney

Date signed   07/28/2025
                   MM  / DD / YYYY

---

**Name and mailing address of petitioner**

Interglobo USA, Inc.
_____
Name

2 Colony Road
_____
Number    Street

Jersey City            NJ        07305
_____
City                State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michele Lupo, President
_____
Name

2 Colony Road
_____
Number    Street

Jersey City            NJ        07305
_____
City                State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  7/28/2025
                   MM  / DD / YYYY

✖ *Michele Lupo*
_____
Signature of petitioner or representative, including representative's title

---

J. Zachary Balasko
_____
Printed name

Steptoe & Johnson PLLC
_____
Firm name, if any

1250 Edwin Miller Blvd., Suite 300
_____
Number    Street

Martinsburg            WV        25404
_____
City                State      ZIP Code

Contact phone   304-262-3519   Email  zak.balasko@steptoe-johnson.com

Bar number   24146828
_____

State    Texas
_____

✖ /s/ J. Zachary Balasko
_____
Signature of attorney

Date signed   07/28/2025
                   MM  / DD / YYYY

---

Debtor    Valley View Ceramics LLC
_____
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Honor View Enterprise Co., Ltd.
_____
Name

2 Floor, No. 110 Baoqing Road
_____
Number    Street

Taoyuan District, Taoyuan, Taiwan
_____
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kevin Deng, General Manager
_____
Name

2 Floor, No. 110 Baoqing Road
_____
Number    Street

Taoyuan District, Taoyuan, Taiwan
_____
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    07/28/2025
_____
              MM / DD / YYYY

✘  *Kevin Deng*
_____
Signature of petitioner or representative, including representative's title

---

J. Zachary Balasko
_____
Printed name

Steptoe & Johnson PLLC
_____
Firm name, if any

1250 Edwin Miller Blvd., Suite 300
_____
Number    Street

Martinsburg                WV        25404
_____
City                    State        ZIP Code

Contact phone    304-262-3519    Email  zak.balasko@steptoe-johnson.com

Bar number    24146828
_____

State    Texas
_____

✘  /s/ J. Zachary Balasko
_____
Signature of attorney

Date signed    07/28/2025
_____
              MM / DD / YYYY

---

**Name and mailing address of petitioner**

Interglobo USA, Inc.
_____
Name

2 Colony Road
_____
Number    Street

Jersey City                NJ        07305
_____
City                    State        ZIP Code

**Name and mailing address of petitioner's representative, if any**

Michele Lupo, President
_____
Name

2 Colony Road
_____
Number    Street

Jersey City                NJ        07305
_____
City                    State        ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    _____
              MM / DD / YYYY

✘  _____
Signature of petitioner or representative, including representative's title

---

J. Zachary Balasko
_____
Printed name

Steptoe & Johnson PLLC
_____
Firm name, if any

1250 Edwin Miller Blvd., Suite 300
_____
Number    Street

Martinsburg                WV        25404
_____
City                    State        ZIP Code

Contact phone    304-262-3519    Email  zak.balasko@steptoe-johnson.com

Bar number    24146828
_____

State    Texas
_____

✘  /s/ J. Zachary Balasko
_____
Signature of attorney

Date signed    07/28/2025
_____
              MM / DD / YYYY

---

Official Form 205            Involuntary Petition Against a Non-Individual            page 4