# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

IN RE:
Valley View Ceramics LLC
2300 Frontage Road I35W
Denton , TX 76207
EIN: 47-3842485
Debtor

Case No. 25-42176 btr
Chapter: 7

## ORDER APPROVING APPLICATION
## FOR ADMISSION PRO HAC VICE

ON October 24, 2025, an application was filed by Nathan Rugg (the Applicant) for admission to practice before this Court *pro hac vice* (the "Application") in the above-referenced case. The Court has reviewed the Application and finds that the Application substantially complies with the requirements of Local Rules regarding admission on a *pro hac vice* basis. Accordingly, good cause exists for the entry of the following order:

**IT IS THERFORE ORDERED** that the Application for Pro Hac Vice Admission filed on October 24, 2025 by Nathan Rugg is **GRANTED**, subject to the requirement that all attorneys admitted to practice before this Court shall file all documents by electronic means pursuant to General Order 04-1, a copy of which may be reviewed at www.txeb.uscourts.gov.

Signed on 10/28/2025

_Brenda T. Rhoades_    SD
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE